**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KERRI CLARK, *et al,*, | Case No. 2:17-cv-00375-APG-GWF |
| Plaintiffs, | |
| v. | **ORDER FOR STATUS REPORT** |
| CACH, LLC and JOSEPH A. GELLAR, | |
| Defendants. | |

On March 10, 2017, defendants CACH, LLC and Joseph Gellar filed a motion to dismiss. Before the time for responses were due, CACH filed a suggestion of bankruptcy. ECF No. 9. Presumably, that is why no further action has been taken in this case, even though there is no similar suggestion of bankruptcy for the other defendant, Joseph Gellar. The bankruptcy stay applies only to the bankrupt entity: CACH. I therefore direct the parties to file a report regarding the status of CACH's bankruptcy proceeding and the status of this case against Gellar.

IT IS THEREFORE ORDERED that on or before August 31, 2017, the parties shall file a joint status report regarding the status of CACH's bankruptcy proceeding and the status of this case against Gellar.

DATED this 2nd day of August, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE