# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KERRI CLARK, *et al,*, <br><br> Plaintiffs, <br><br> v. <br><br> CACH, LLC and JOSEPH A. GELLAR, <br><br> Defendants. | Case No. 2:17-cv-00375-APG-GWF <br><br> **ORDER FOR STATUS REPORT** |

On March 10, 2017, defendants CACH, LLC and Joseph Gellar filed a motion to dismiss. Before the time for responses were due, CACH filed a suggestion of bankruptcy. ECF No. 9. Presumably, that is why no further action has been taken in this case, even though there is no similar suggestion of bankruptcy for the other defendant, Joseph Gellar. The bankruptcy stay applies only to the bankrupt entity: CACH.

I therefore directed the parties to file a report regarding the status of CACH's bankruptcy proceeding and the status of this case against Gellar. That status report was due August 31, 2017. Nothing was filed.

IT IS THEREFORE ORDERED that on or before September 22, 2017, the parties shall file a joint status report regarding the status of CACH's bankruptcy proceeding and the status of this case against Gellar. The failure to file such a report may result in dismissal of this action without further notice.

DATED this 7th day of September, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE