# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KERRI CLARK, *et al*,, <br><br> Plaintiffs, <br><br> v. <br><br> CACH, LLC and JOSEPH A. GELLAR, <br><br> Defendants. | Case No. 2:17-cv-00375-APG-GWF <br><br> **ORDER DISMISSING CASE** |

On March 10, 2017, defendants CACH, LLC and Joseph Gellar filed a motion to dismiss. Before the time for responses were due, CACH filed a suggestion of bankruptcy. ECF No. 9. Presumably, that is why no further action has been taken in this case, even though there is no similar suggestion of bankruptcy for the other defendant, Joseph Gellar. The bankruptcy stay applies only to the bankrupt entity: CACH.

I directed the parties to file a report regarding the status of CACH's bankruptcy proceeding and the status of this case against Gellar. That status report was due August 31, 2017. Nothing was filed. I again directed the parties to file a status report by September 22, 2017. ECF No. 11. I advised the parties that if they failed to file the status report, I would dismiss the action without further notice. Nothing was filed.

IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 26th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE